**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2∞c*f*
**PETERPAUL, CLARK & CORCORAN, P.C.**
One Cleveland Place
Springfield, NJ 07081
(973) 467-8855
Attorneys for Debtor
(REC 1414)
rcorcoran@pcclaw.com

**Chapter 7**

**Case No.: 06-21154-DHS**

Judge: The Hon. Donald H. Steckroth

**Adversary No.: 07-1195**

In Re:

Vincent & Catherine DiPietro,
   Plaintiffs,

v.

ROGER DROSSEL,
   Defendant.

Hearing Date: November 5, 2007
Hearing Time: 2:00 p.m.

**CERTIFICATION OF ROBERT E. CORCORAN, ESQ. IN SUPPORT OF MOTION FOR <u>SUMMARY JUDGMENT AGAINST PLAINTIFFS</u>**

Robert E. Corcoran, Esq., of full age, hereby certifies pursuant to 28 U.S.C. §1746 as follows:

1. I am an attorney licensed in the State of New Jersey and am a member of the law firm of Peterpaul, Clark & Corcoran, attorneys for Defendant, Roger Drossel.

2. Annexed hereto as Exhibit "A" is a copy of the Certificate of Trade Name "To the Last Detail."

3. Annexed hereto as Exhibit "B" is a copy of the Plaintiffs' Complaint.

4. Annexed hereto as Exhibit "C" is a copy of a Decision by Judge James A. Farber, J.S.C., Sussex County, New Jersey,

5. Annexed hereto as Exhibit "D" is a copy of Judge James A. Farber's Orders of Judgment;

6. Annexed hereto as Exhibit "E" is a copy of a Memorandum Opinion of Judge Kathryn C. Ferguson, U.S.B.J.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are not true, I am subject to punishment.

                                          PETERPAUL, CLARK & CORCORAN
                                          Attorney for Defendant

                            By:    \s\ Robert E. Corcoran
                                   Robert E. Corcoran REC1414

Dated: September 25, 2007

2