**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Roger W Drossel
Debtor

                                        Case No.: 06–21154–DHS
                                        Chapter 7

Vincent DiPietro
Plaintiff

v.

Roger W Drossel
Defendant

Adv. Proc. No. 07–01195–DHS                     Judge: Donald H. Steckroth

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on November 8, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 21 – 10, 14
Opinion (related document:[10] Motion For Summary Judgment RE: Dismissing Plaintiffs' Complaint in favor of Defendant and against Plaintiff. filed by Defendant Roger W Drossel, [14] Cross Motion re: Cross Motion for SJ (related document:[10] Motion For Summary Judgment RE: Dismissing Plaintiffs' Complaint in favor of Defendant and against Plaintiff. filed by Defendant Roger W Drossel) filed by Plaintiff Vincent DiPietro). The following parties were served: Plaintiff, Plaintiff's Counsel, Defendant, Defendant's Counsel. Signed on 11/7/2007. (clb, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: November 8, 2007
JJW: clb

                                                        James J. Waldron
                                                        Clerk