UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY



In Re:

**ROGER DROSSEL,**

                     Debtor.

**VINCENT AND CATHERINE DIPIETRO,**

                     Plaintiffs,

v.

**ROGER DROSSEL,**

                     Defendants.

Case No.:   06-21154 (DHS)

Adv. No.:   07-1195 (DHS)

Judge: Donald H. Steckroth, U.S.B.J.

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

9-30-09

**Page 2**
Debtor:            Roger Drossel
Case No.:         06-21154 (Adv. Pro. 07-1195)
Caption of Order: **Order**

This matter having been opened to the Court upon motion for summary judgment filed by counsel for Plaintiffs, Vincent and Catherine DiPietro ("Plaintiffs"), seeking a denial of discharge to the Defendant, Roger Drossel ("Defendant"), pursuant to Section 727(a)(3) of the Bankruptcy Code for failure to maintain business records and receipts, and a cross-motion filed by counsel for the Defendant seeking summary judgment as to Count Three of the Amended Complaint arguing that destruction or concealment of the records did not occur and instead the Plaintiffs never properly sought discovery, and the Court having reviewed the pleadings and opposition to the motions filed in this matter and for the reasons set forth in the Court's Opinion of September 30, 2009, and for good cause shown, it is

ORDERED that Plaintiffs' motion for summary judgment is denied; and it is further

ORDERED that the Debtor's cross-motion for summary judgment is denied; and it is further

ORDERED that the parties appear at a final conference in this matter on **October 22, 2009, at 10:00 a.m.**

........